UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

STEVEN TSAITSIOS

No. 1:24-mj-00019-JCN

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
(Attempt to Transfer Obscene Material to a Minor)

On about June 13, 2023, in the District of Maine and elsewhere, the defendant

**STEVEN TSAITSIOS**

used, a facility or means of interstate commerce to knowingly attempt to transfer obscene matter to an individual who the defendant believed had not attained the age of sixteen years, that is, a thirteen-year-old female, by sending an obscene image over the internet to an undercover agent posing as a thirteen-year-old female.

All in violation of Title 18, United States Code, Section 1470.

### COUNT TWO
(Attempt to Transfer Obscene Material to a Minor)

On about June 20, 2023, in the District of Maine and elsewhere, the defendant

**STEVEN TSAITSIOS**

used, a facility or means of interstate commerce to knowingly attempt to transfer obscene matter to an individual who the defendant believed had not attained the age of sixteen years, that is, a thirteen-year-old female, by sending an obscene image over the

internet to an undercover agent posing as a thirteen-year-old female.

All in violation of Title 18, United States Code, Section 1470.

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

Abby Mathieu
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jan 30 2024

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
Printed name and title